# United States Bankruptcy Court
## District of Nevada

**Case No. <u>11–18081–lbr</u>**
**Chapter 7**

In re: (Name of Debtor)
   GARY WILLIAMS                                    GINA WILLIAMS
   4350 CEDAR KNOLLS DR.                4350 CEDAR KNOLLS DR.
   LAS VEGAS, NV 89147                   LAS VEGAS, NV 89147

Social Security No.:
   xxx–xx–8311                                           xxx–xx–5659

## FINAL DECREE

The estate of the debtor(s) noted below has been fully administered:

☐      GARY WILLIAMS

☐      GINA WILLIAMS

IT IS ORDERED THAT DAVID A. ROSENBERG is discharged as trustee of the estate of the above named debtor(s).

The Chapter 7 case of the above named debtor(s) is closed.

Dated: 3/7/12                                          BY THE COURT

                                                            *Mary A. Schott*

                                                            Mary A. Schott
                                                            Clerk of the Bankruptcy Court